NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BALTIMORE AIRCOIL COMPANY, INC.,**
*Plaintiff-Appellant*

**v.**

**SPX COOLING TECHNOLOGIES, INC.,**
*Defendant-Appellee*

---

2017-1342

---

Appeal from the United States District Court for the District of Maryland in No. 1:13-cv-02053-CCB, Judge Catherine C. Blake.

---

**JUDGMENT**

---

JAMIE HERBERT MCDOLE, Haynes & Boone, LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by MATTHEW PHILIP CHIARIZIO, MICHAEL DALEY KARSON, BENJAMIN LEE MESCHES, PHILLIP BRETT PHILBIN.

MICHAEL EDWARD ANDERSON, Baker & Hostetler LLP, Washington, DC, argued for defendant-appellee. Also represented by JASON F. HOFFMAN, KA CHUN LEUNG, KENNETH JON SHEEHAN; JOHN FRANK MURPHY, DALE M. HEIST, Philadelphia, PA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CLEVENGER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| May 4, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |